```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David Martin Heber,

                Plaintiff,

    –v–

EOS CCA,

                Defendant.

20-cv-6637 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On August 19, 2020, Defendant removed this action from New York Supreme Court. Dkt. No. 1.  Shortly thereafter, Defendant filed a motion for a more definite statement under Federal Rule of Civil Procedure 12(e).  Dkt. No. 5.

    If Plaintiff wishes to file an opposition brief, he must do so no later than September 24, 2020.  Defendant may then file a reply no later than October 2, 2020.

    Defendant is further directed to serve a copy of this Order on Plaintiff and file an affidavit of service after doing so on the docket.

    SO ORDERED.

Dated: August 31, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge