USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID MARTIN HABER,

    Plaintiff,

-against-

COLLECTO, INC. d/b/a EOS CCA,

    Defendant.

20-CV-6637 (AJN) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    No basis for recusal having been shown under 28 U.S.C. § 455, plaintiffs' duplicative applications at Dkt. Nos. 40 and 42 are DENIED.

    The Clerk of Court is respectfully directed to mail a copy of this Order to plaintiff David Haber.

Dated: New York, New York
       March 15, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**