**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
David Martin Haber,

                Plaintiff,

      -against-                                 20 **CIVIL** 6637 (AJN)

                                          <u>**JUDGMENT**</u>

EOS CCA, et al.,

                Defendants.

------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion and Order dated September 27, 2021, EOS's motion

is GRANTED IN PART and DENIED IN PART. EOS's motion to dismiss Plaintiff's complaint

is GRANTED with prejudice. EOS's motion for attorney's fees under 15 U.S.C. § 1692k(a)(3) is

denied; accordingly, the case is closed.

**Dated:**  New York, New York

        September 27, 2021


                                     **RUBY J. KRAJICK**
                                   _____
                                     **Clerk of Court**
        **BY:**                   K. Mango
                                       _____
                                     **Deputy Clerk**